# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 6D2023-1576
Lower Tribunal No. 2017-CA-008355-O
_____

DM-ELX CORPORATION,

Appellant,

v.

MARY L. SWEARINGEN,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss and Vincent S. Chiu, Judges.

July 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Laura J. Edelstein, of Boyd & Jenerette, P.A., Boca Raton, and Kansas R. Gooden, of Boyd & Jenerette, P.A., Miami, for Appellant.

Jeffrey M. Byrd, of Jeffrey M. Byrd, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED